UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH P. ROCCO, Individually and on Behalf of All Others Similarly Situated, | : Case No.: 12-cv-3015 (FB) (MDG) |
| Plaintiff, | : **CLASS ACTION** |
| v. | : |
| ADIDAS AMERICA, Inc. | : |
| Defendant. | : |

**STIPULATED MOTION FOR AN ADDITIONAL 15-DAY EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

The above-captioned parties hereby jointly move, and without waiver of any defenses that may be presented pursuant to Federal Rule of Civil Procedure 12(b) or otherwise, for an extension of the deadline for Defendant to move, answer, or otherwise respond to the Class Action Complaint for thirty calendar days to and including September 7, 2012. Defendant's responsive pleading(s) is/are currently due on August 23, 2012. Defendant has previously sought one extension of its time to move, answer, or otherwise respond.

In support of this motion, the parties state that on June 15, 2012, Plaintiff filed the Class Action Complaint (Docket No. 1) against Defendant. On June 28, 2012, Defendant engaged Reed Smith LLP to represent it in this action. On July 13, 2012, the Court granted the stipulated motion for additional time to answer or otherwise plead. Defendant needs a brief extension to permit it to confer with counsel and respond appropriately to the Complaint.

- 2 -

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant to move, answer, or otherwise respond to Plaintiff's Class Action Complaint to and including September 7, 2012.

Dated: August 21, 2012

Respectfully submitted,

REED SMITH, LLP

/s/ John P. Hooper
John P. Hooper, Esq. (JH4262)
Eric Gladbach, Esq. (EG9103)
C. Neil Gray (CG9038)
599 Lexington Avenue
New York, NY 10022
Phone: (212) 521-5400
Fax: (212) 521-5450
jhooper@reedsmith.com
egladbach@reedsmith.com
cgray@reedsmith.com

*Counsel for the Defendant adidas America, Inc.*

COHEN MILSTEIN SELLERS & TOLL, PLLC

/s/ Douglas J. McNamara
Douglas J. McNamara, Esq. #776830
1100 New York Avenue, N.W., Suite 500W
Washington, D.C. 20005
(202)-408-4600
(202-408-4699 (fax)
dmcnamara@cohenmilstein.com

Andrew N. Friedman
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, N.W., Suite 500W
Washington, D.C. 20005
(202)-408-4600
(202-408-4699 (fax)
afriedman@cohenmilstein.com

- 3 -

>J. Douglas Richards
>COHEN MILSTEIN SELLERS & TOLL, PLLC
>88 Pine Street
>14th Floor
>New York, NY 10005
>(212) 838-7797
>(212) 838-7745
>drichards@cohenmilstein.com
>
>*Counsel for Plaintiff Joseph P. Rocco*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Andrew N Friedman
(bpratt@cohenmilstein.com,gregina@cohenmilstein.com)

Douglas J. McNamara
(dmcnamara@cohenmilstein.com)

J. Douglas Richards
(drichards@cohenmilstein.com)

                                                /s/ John P. Hooper
                                                John P. Hooper
                                                Reed Smith LLP
                                                599 Lexington Avenue
                                                New York, NY 10022
                                                Phone: (212) 521-5400
                                                Fax: (212) 521-5450
                                                jhooper@reedsmith.com