UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH P. ROCCO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ADIDAS AMERICA, Inc. <br><br> Defendant. | Case No.: 12-cv-3015 (FB) (MDG) <br><br> **CLASS ACTION** |

## STIPULATION OF DISMISSAL

The parties to this action hereby jointly move to dismiss the action without prejudice and without fees or costs for any party, pursuant to Federal Rule of Civil Procedure 41(a).

In support of this motion, the parties state that on June 15, 2012, Plaintiff filed the Class Action Complaint (Docket No. 1) against Defendant. On September 7, 2012, Defendant filed its answer and affirmative defenses to Plaintiff's Class Action Complaint (Docket No. 8). There has been no other substantive activity in this action.

This action was filed on behalf of a putative class, but no class has been certified. Pursuant to Federal Rule of Civil Procedure 23(e), the parties state that Plaintiff's individual claims are being resolved.

WHEREFORE, the parties respectfully request that the Court dismiss the action without prejudice and without fees and costs for any party.

Dated: October 1, 2012                             Respectfully submitted,

                                                   COHEN MILSTEIN SELLERS & TOLL,
                                                   PLLC

- 2 -

/s/ Douglas J. McNamara
Douglas J. McNamara, Esq. #776830
1100 New York Avenue, N.W., Suite 500W
Washington, D.C. 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
dmcnamara@cohenmilstein.com

Andrew N. Friedman
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, N.W., Suite 500W
Washington, D.C. 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
afriedman@cohenmilstein.com

J. Douglas Richards
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street
14th Floor
New York, NY 10005
Phone: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com

*Counsel for Plaintiff Joseph P. Rocco*

REED SMITH, LLP

/s/ John P. Hooper
John P. Hooper, Esq. (JH4262)
Eric Gladbach, Esq. (EG9103)
599 Lexington Avenue
New York, NY 10022
Phone: (212) 521-5400
Fax: (212) 521-5450
jhooper@reedsmith.com
egladbach@reedsmith.com
cgray@reedsmith.com

*Counsel for the Defendant adidas America, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 1, 2012, a true and correct copy of the foregoing has been served upon counsel of record by via Case Management/Electronic Case Filing system.

**Andrew N Friedman**
**Douglas J. McNamara**
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
Email: dmcnamara@cohenmilstein.com

**J. Douglas Richards**
Cohen Milstein Sellers and Toll PLLC
88 Pine Street
14th Flr.
New York, NY 10005
Email: drichards@cohenmilstein.com

BY: /s/ John P. Hooper_____
John P. Hooper